# UNITED STATES DISTRICT COURT

**Eastern** District of **California**

| | |
|---|---|
| USA<br>Plaintiff (s),<br>V.<br>Sanchez, et al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:25-CR-00132-JLT-SKO |

Notice is hereby given that, subject to approval by the court, __Timothy Chenot__ substitutes
(Party (s) Name)

__Kevin J. Rooney__ , State Bar No. __282017__ as counsel of record in place
(Name of New Attorney)

place of __Nicholas F. Reyes__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Law Office of Kevin J. Rooney, P.C. |
| Address: | 3425 Brookside Road, Suite A, Stockton, CA 95219 |
| Telephone: | (209) 780-8118   Facsimile (209) 289-1014 |
| E-Mail (Optional): | kevin@kevinrooneylaw.com |

I consent to the above substitution.

Date: 08/04/2025

/s/ Timothy Chenot
(Signature of Party (s))

I consent to being substituted.

Date: 8/1/25

*[signature]*
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 8/1/2025

*[signature]*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: **August 5, 2025**

/s/ Barbara A. McAuliffe
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]