**MICHAEL W. BERDINELLA, SBN 085038**
**726 W. Barstow, Suite 100**
**Fresno, CA 93704**
**Phone: (559) 436-8000**
**Fax: (559) 436-8900**
**Email: attyberdinella@gmail.com**

**Attorney For: TIMOTHY CHENOT**

**IN THE UNITED STATES DISTRIC COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**TIMOTHY CHENOT**<br>**Defendant** | **Case Number: 1:25-CR-00132-JLT-SAB**<br><br>**[~~PROPOSED~~] COURT ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT AND REFERRING THE MATTER FOR IMMEDIATE APPOINTMENT OF SUBSTITUTE COUSEL** |

For the reasons set forth in the motion to withdraw as counsel, the Court **ORDERS:**

1. Mr. Berdinella's Motion to Withdraw (Doc. 675) is **GRANTED.**
2. The Clerk's Office **SHALL TERMINATE** Michael W. Berdinella as "Attorney to be Noticed" for Defendant Timothy Chenot in the Court docket, and update the docket to reflect Defendant's last known contact information as follows:

**Timothy Chenot**
**U.S. Marshals' No. 32480-511**
**FCI Mendota**
**33500 West California Avenue**
**Mendota, CA 93640**

**3.** The Federal Defender's Office **SHALL** appoint new counsel as soon as possible from the Criminal Justice Act Panel pursuant to 18 USC § 3006 (A) in time to represent the Defendant at the pretrial stages.

IT IS SO ORDERED.

Dated: _August 12, 2026_

UNITED STATES DISTRICT JUDGE