UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

TIMOTHY CHENOT,

Defendant.

Case No.: 1:25-CR-00132-10 JLT

**ORDER APPOINTING COUNSEL**

The Defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS** that Victor M. Chavez is appointed to represent the above defendant in this case effective *nunc pro tunc* to August 13, 2026. This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated: _August 16, 2026_

UNITED STATES DISTRICT JUDGE